# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ariana Parades,<br><br>    Plaintiff,<br><br>vs.<br><br>IQ Data International Incorporated, et al.,<br><br>    Defendants. | No. CV-23-01171-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' Joint Proposed Case Management Report (Doc. 25 at 6, ¶ 14),

**IT IS ORDERED** that this case is referred by random lot to United States Magistrate Judge Alison S. Bachus for the purpose of conducting a settlement conference.

**IT IS FURTHER ORDERED** that the parties shall contact the chambers of the Honorable **Alison S. Bachus** at telephone number (602) 322-7610 no later than **October 20, 2023** to schedule a settlement conference.

Dated this 13th day of October, 2023.

                                              Honorable Steven P. Logan
                                              United States District Judge