# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ariana Parades,<br><br>   Plaintiff,<br><br>vs.<br><br>IQ Data International Incorporated, et al.,<br><br>   Defendants. | No. CV-23-01171-PHX-SPL<br><br>**ORDER** |

  Pursuant to the Court's February 6, 2024 Order (Doc. 35),

  **IT IS ORDERED** that Defendant Greystar Real Estate Partners LLC is **dismissed from this action with prejudice**.

  Dated this 12th day of April, 2024.

                    _____
                    Honorable Steven P. Logan
                    United States District Judge