IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ariana Parades, | No. CV-23-01171-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| IQ Data International Incorporated, et al., | |
| Defendants. | |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's April 24, 2024 Order (Doc. 42),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 10th day of June, 2024.

Honorable Steven P. Logan
United States District Judge